UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Elizabeth Hotham, et al.</u>

    v.                                    Civil No. 05-cv-464-JM

<u>Quest Diagnostics, Inc.</u>

## O R D E R

The undersigned recuses himself from presiding over this case

SO ORDERED.

*/s/ Joseph A. DiClerico, Jr.*
Joseph A. DiClerico, Jr.
United States District Judge

January 17, 2006

cc:   Michael P. Hall, Esquire
      Eleanor H. MacLellan, Esquire