**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

**Elizabeth Hotham, et al.**

    **v.**                   Case No. 05-cv-464-JM

**Quest Diagnostics, Inc.**

### ORDER

I recuse myself from presiding over this case as Attorney Hall is on my recusal list.

SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

January 17, 2006

cc:  Michael P. Hall, Esq.
      Eleanor H. MacLellan, Esq.