UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Elizabeth Hotham and
David Hotham,
    Plaintiffs

v.                                       Civil No. 05-cv-464-JM

Quest Diagnostics, Inc.,
    Defendant

### RECUSAL ORDER

Due to Attorney Hall's appearance on behalf of the plaintiffs, I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

January 18, 2006

cc: Michael P. Hall, Esq.
    Eleanor H. MacLellan, Esq.