UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Elizabeth Hotham and
David Hotham,
    Plaintiffs

v.                               Civil No. 05-cv-464-JM

Quest Diagnostics, Inc.,
    Defendant

### TRANSFER ORDER

All of the judges in this District are recused from presiding over this case. Accordingly, the case shall be transferred to the District of Maine.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

January 18, 2006

cc:  Michael P. Hall, Esq.
    Eleanor H. MacLellan, Esq.
    Clerk, USDC, Maine