UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Elizabeth Hotham and
David Hotham,
    Plaintiffs

    v.                              Civil No. 05-cv-464-JM

Quest Diagnostics, Inc.,
    Defendant

## O R D E R

    All of the judges in this district were recused from presiding over this case. Accordingly, the case was transferred to the District of Maine.

    The recusal of all of the judges on this court gives rise to an "emergency" with respect to the transferred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a Magistrate Judge from the transferee district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

    **SO ORDERED.**

                                        _____
                                        Steven J. McAuliffe
                                        Chief Judge

January 18, 2006

cc:  Michael P. Hall, Esq.
     Eleanor H. MacLellan, Esq.
     Clerk, USDC, Maine

## Concurring Order

    I concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge _____ is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him by the District Judge to whom this case is assigned.

_____
Chief Judge, Assignee District

Date:_____

cc:  Michael P. Hall, Esq.
     Eleanor H. MacLellan, Esq.
     Clerk, USDC, Maine