SCANNED

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

JAN 3 0 2006

WILLIAM S. BROWNELL, CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Elizabeth Hotham and
David Hotham,
    Plaintiffs

v.                                           Civil No. 05-cv-464-JM

Quest Diagnostics, Inc.,
    Defendant


### O R D E R

All of the judges in this district were recused from presiding over this case. Accordingly, the case was transferred to the District of Maine.

The recusal of all of the judges on this court gives rise to an "emergency" with respect to the transferred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a Magistrate Judge from the transferee district to perform the duties specified in 28 U.S.C. § 636(a)-(c).


SO ORDERED.

                                              Steven J. McAuliffe
                                              Chief Judge

January 18, 2006

cc:  Michael P. Hall, Esq.
     Eleanor H. MacLellan, Esq.
     Clerk, USDC, Maine

## Concurring Order

I concur that an emergency exists as specified above and that for one duration of this case Magistrate Judge Margaret J. Kravchuk is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him by the District Judge to whom this case is assigned.

Date:   January 30, 2006

_____
Chief Judge, Assignee District